JS 44 — ND. CALIF (Rev. 3/99)

# CIVIL COVER SHEET

The JS – 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

E-filing

MHP

**I. (a) PLAINTIFFS**

FLORENTINO NANTES

**DEFENDANTS**

JAMES DAVIS, CHAIRMAN, CALIFORNIA BOARD OF PAROLE HEARINGS, Does 1 to 10

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF SOLANO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT SACRAMENTO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Law Office of John E. Stringer, 259 Oak Street, San Francisco, CA 94102 (415)934-1827

ATTORNEYS (IF KNOWN)

Office of California Attorney General, 455 Golden Gate Ave., Ste. 11000, San Francisco, CA 94102 (415)703-5500

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

BY FAX

**V. ORIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Plaintiff alleges title 42 U.S.C. Sec. 1983 violations in lifer suitability proceedings.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** New Hearing

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions): **IF ANY** JUDGE DOCKET NUMBER

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AN "X" IN ONE BOX ONLY) ☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

**DATE** 3-28-08

**SIGNATURE OF ATTORNEY OF RECORD**

[signature], Esq.

03/28/2008 08:02 7078293352 JESTRINGER PAGE 02/21

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017538
Cashier ID: bucklem
Transaction Date: 03/28/2008
Payer Name: One Legal LLC

---

CIVIL FILING FEE
For: florentino nantes
Case/Party: D-CAN-3-08-CV-001710-001
Amount: $350.00

---

CHECK
Check/Money Order Num: d3015244
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

mhp

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

JOHN E. STRINGER sbn #194556 (415)934-1827 FAX-(415)934-0899
259 OAK STREET
SAN FRANCISCO, CA 94102
Attorney for Florentino Nantes

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FLORENTINO NANTES,
Plaintiff

v.

JAMES DAVIS, CHAIRMAN, CALIFORNIA BOARD OF PAROLE HEARINGS, Does 1 to 10,
Defendants

CASE NO. CV 08 1710

MHP

COMPLAINT

INTRODUCTION

This is a complaint for relief and damages under 42 U.S.C. Sec.1983 and Wilkinson v. Dotson 2005 DJDAR 2669. Plaintiff Florentino Nantes, hereinafter referred to as Plaintiff, is an inmate at Solano State Prison. Plaintiff is serving a life sentence with the possibility of parole for second degree homicide. Under the current State of California parole scheme, Plaintiff is entitled to be considered for parole after his minimum eligible parole date. Plaintiff has been to the California Board of Parole Hearings, hereinafter referred to as the Board, five times. Plaintiff now brings this complaint alleging due process and civil rights violations in the parole-suitability proceedings as applied to Plaintiff.

Law Office of John E. Stringer
259 Oak Street
San Francisco, CA 94102
(415)934-1827



03/28/2008 08:02 7078293352 JESTRINGER PAGE 05/21

10357998.tif - 3/28/2008 12:33:49 PM

JURISDICTION

This action arises under the Constitution of the United States. Fourteenth Amendment, Due Process and Equal Protection Clauses and Title 42 U.S.C. Sec. 1983 and other applicable State of California and Federal statutes, laws and regulations.

PARTIES

Plaintiff is a citizen of Vacaville California (Solano State Prison). Defendant California Board of Parole Hearings is the state authority responsible for conducting parole suitability hearings. James Davis is Chairman of the Board.

INTRADISTRICT ASSIGNMENT

The Northern District, San Francisco Division of the Federal Court is the proper venue for this action as all events, complaints, filings and/or omissions which gave rise to the claims alleged herein occurred in Vacaville California.

FACTUAL ALLEGATIONS

1. On 5-31-07 Plaintiff appeared before the Board for his third subsequent parole hearing or fourth hearing. At that hearing the Board denied Plaintiff parole for two years. The Board denied Plaintiff a fair and unbiased hearing in that the Board ignored all the evidence that Plaintiff was a suitable candidate for parole and interjected their individual and personal bias against Plaintiff in denying him parole. (Exhibit A).

2. Plaintiff had an extremely favorable psychosocial evaluation authored by Dr. Preston Davis and dated 9-27-06. A previous psychosocial evaluation dated 10-18-01 and authored by Dr. Charles Taylor was also favorable and

Law Office of John E. Stringer
259 Oak Street
San Francisco, CA 94102
(415)934-1827



03/28/2008 08:02 7078293352 JESTRINGER PAGE 06/21

concluded that Plaintiff was "at a low risk for reoffending."

3. Plaintiff has been disciplinary free while incarcerated.

4. Plaintiff provided the Board with evidence of job offers, a residence, and exceptional family support.

5. While incarcerated Plaintiff has upgraded his education and earned vocations. He has also participated in numerous self-help programs.

6. Denying all these accomplishments and professional evaluations the Board said the crime was premeditated, that Plaintiff was a wife-beater and a danger to women. The record did not support these conclusions and the conclusions were clearly the result of personal bias and thus denied Plaintiff a fair hearing.

7. Plaintiff has suffered extreme emotional distress and physical discomfort as a result of Defendants course of conduct.

WHEREFORE, Plaintiff respectfully requests the Court to grant the following relief:

A. An order from the Court directing Defendant to schedule a new parole suitability hearing on the factual issues of suitability and not personal bias.

B. General, compensatory and exemplary damages against all Defendants for the severe emotional and physical distress caused Plaintiff.

C. Such other orders and further relief, including an award of costs and attorney fees as the Court deems just and proper.

JURY DEMAND

Plaintiff requests a trial by jury.

Law Office of John E. Stringer
259 Oak Street
San Francisco, CA 94102
(415)934-1827

Date: 1-24-08 Respectfully Submitted,

John E. Stringer, Attorney for Plaintiff

Law Office of John E. Stringer
259 Oak Street
San Francisco, CA 94102
(415)934-1827



03/28/2008 08:02 7078293352 JESTRINGER PAGE 08/21

10357998.tif - 3/28/2008 12:33:49 PM

**Law Office of John E. Stringer**
Office-259 Oak Street
San Francisco, CA 94102
Phone (415)934-1827
Fax (415)934-0899
Email: nolojes@aol.com

# EXHIBIT A

03/28/2008 08:02 7078293352 JESTRINGER PAGE 09/21

CALIFORNIA BOARD OF PAROLE HEARINGS

D E C I S I O N

**DEPUTY COMMISSIONER HARMON:** We're on record.

**PRESIDING COMMISSIONER SHELTON:** All right, good afternoon everyone. We are back in the matter of a Third Subsequent Parole Consideration Hearing for Florentino Nantes, N-A-N-T-E-S, CDC Number E-64828. Everyone has returned to the room that was here during the hearing. Mr. Nantes, this Panel has reviewed all the information received, and we've relied on the following circumstances in concluding that you are not yet suitable for parole and you would pose an unreasonable risk of danger to society or a threat to public safety if released from prison.

I'm going to try to put this, put our feelings into words, because I think it's important for you to try to understand what we're needing here. When we look at the commitment offense, on the surface the impression is that you woke up from a sleep, your wife came home, she had been out with a guy. You indicated she wanted to talk, and you didn't want to, and you were mad and tired, and that's why you killed her. We believe that there is a lot more to it than that, and you need to come to terms with that and be able to deal with that.

We didn't talk directly with you about that. In reality, what happened is that you got plain jealous. That word never showed up today out of your vocabulary. You used a lot of selfish and inconsiderate was the phrase you used a lot. You might just want to deal with jealous rage, and the fact that, like Commissioner Harmon said, you are tightly wrapped. And the fact is, that's an okay thing if you know how to deal with that, it's like being a type A personality and you have very, very high standards. Adriana didn't meet your standards that day. But this was not an unintended act. You were wearing gloves. And granted you were found guilty or pled to a murder second, but all the indications are that this was planned, preplanned. At the very least, stabbing her 15 times and the description of the bedroom scene is horrendous. You have not convinced us today that you will not do that again. I don't think that you, how do I say this. I think that you are ignoring some important components of this commitment offense. I think you are doing what we call mitigating it and making it not as intense as it was. But you've got some character issues that you need to deal with.

I think the psychiatrist was right on when she talked about obsessive compulsive traits. Those can be

positive, and you've shown those traits to be positive in your work quality, a master in your craft, so to speak. I have no doubt that you will not become employed someday, no doubt, and excel, that's in your nature, it's in your spirit. I have lots of doubts about how you'll handle personal relationships. We're giving you a two-year denial, sir. That's what you got last time. We're trying to give you today information to help you move forward. You're doing an incredible program here in the institution. What's hard for us is to try to convey to you what it is that you need to do to make a Panel feel safer about how you interact in the community. I'll try to do our best to do that today.

A lot of what we're asking you to do is self-reflection. Go back 18 years or whatever it was and say what was I doing, what was I thinking, what should I have done, what are those triggers, those triggers that day. What led you to put yourself in the position that you did. It's not inconsideration, it's not selfishness. Maybe, in fact, it's insecurity. Maybe you had a poor self-concept, maybe you didn't live up to the standards you thought she wanted, I don't know. You're the one that's going to have to find that out, because I don't think you have. You know, one of your





03/28/2008 08:02 7078293352 JESTRINGER PAGE 12/21

key phrases today was respect for humanity. People don't need to learn respect for humanity, that should be part of who we all are. And I do have to tend to agree that I still think you're in the selfish mode. You know, Mr. Nantes, you left your two-year-old son in a home unattended with his dead mother in the next room, with 15 stab wounds and blood everywhere, and you left. In all those years, you haven't done anything for your son. You haven't set aside a trust account, you haven't set up a child support program through the District Attorney's Office, you abandoned him. And you make excuses that it's everybody else's responsibility, or you don't want to intrude, or whatever the case may be. And now you say, as an aside, that that trust you and your father have, part of it is for your son. I have trouble swallowing that, because raising him from two to 20 is where your heart should have been. You killed his mother. You need to think about that.

With regards to this decision, we talked about the commitment offense. We took the conclusions from the statement of facts that came from the October 24th, 2003 Board Report. The offense was carried out in an especially cruel and callous manner. There were multiple victims that day. There was Adriana Pino and





03/28/2008 08:02 7078293352 JESTRINGER PAGE 13/21

there was your son. One was killed physically. I'm not sure where emotionally your son might be at today.

The offense was carried out in a calculated manner. There are all the signs of you preplanning this. She was in bed, you wore gloves. You put that sequence of events together and start dealing with it. It is your right to not talk about the commitment offense with Panels, but if you would ever decide to do that, do it truthfully, from your heart, not your head. Don't make you look better than you really were at that time.

The victim was abused, defiled, and mutilated, 15 stab wounds with a fishing knife, a filet knife. Since I happen to fish, I know what that knife is like. The offense was carried out in a manner demonstrating an exceptionally callous disregard for human suffering, inclusive of the fact that you left your two-year-old son unattended.

The motive for the crime, I don't think it's inexplicable, I think it's just pure jealousy along with all the character traits that you should be dealing with and working through.

With regards to your prior record, sir, you have none, and that's good, excellent. Your institutional

behavior has been incredible. I don't want to feel like I'm beating you up. I'm trying to give you what I best can offer you for you to move forward. But you're doing an excellent program in the institution. You have no prior record. Like one of the things I asked Commissioner Harmon is how do we convey something to you, who you really are a scientist in your own right, to move you from that scientific intellectual capacity to using your heart and your gut at the same time. It's very hard to explain that, but that's the transference that you've got to be dealing with.

With regards to your programming, like I indicated, your programming is incredible. You have gotten no 115s. You're to be commended for that. Only one 128, 16 years ago, last June '91. You have been involved in a variety of projects. Your PIA Lens program is comprehensive. You're an optician, you're a contact lens technician, you received your master certificate, one of very few people to do that. You teach others how to pass the optometry test. So you've become a tutor. You've had experience in culinary, clerical, and scullery. You've participated in FEMA, received three certificates that you tied to your optometry pursuits.





03/28/2008 08:02 7078293352 JESTRINGER PAGE 15/21

Educationally you've got your high school diploma in '86. You have a TABE score of 12.9. You've received multiple laudatories and certificates in optometry as well as for the quality of your work, excellence in your work. If you note everything is about your work. It's easy to get lost there. What's that saying, all work and no play makes for a very dull boy.

**INMATE NANTES:** Yes.

**PRESIDING COMMISSIONER SHELTON:** That's where you've got to move out of the analytical and clinical and into maybe some of the spiritual. Don't give a scientific definition to relationships, and I don't mean spiritual as in religious, but on a feeling level. You've completed the 40 Days of Purpose, you have participated in Stress Management, Relationship Awareness Workshops, Anger Management, VORG. You received a certificate for a customer service specialist, participated, and I think the Anger Management, Relationship Management, Stress Management were through the Offender Employment Continuum, correct?

**INMATE NANTES:** Yes.

**PRESIDING COMMISSIONER SHELTON:** You indicated to us in your free time you like to exercise, participate in sports, and read. Your specialty in reading is eye

**FLORENTINO NANTES E-64828 DECISION PAGE 7 5/31/07**



03/28/2008 08:02 7078293352 JESTRINGER PAGE 16/21





care, and I understand that. But I'm going to make a recommendation, try to slip in some books on relationships, more intense study of relationships, dealing with women, parenting, all the kinds of things that you can do that put you in touch with a person, basic communication.

**INMATE NANTES:** Okay.

**PRESIDING COMMISSIONER SHELTON:** And dealing with standards, you know, you have a very high standard for yourself, it's okay. You can't hold people to that same standard.

The Psychiatric Evaluation is kind of confusing to me in that Dr. Rouse did one in May of 2007, gave you a GAF score of 90, which is Global Assessment Functioning. It's a good score, 90 out of 100. He also indicates you're a low to moderate risk of danger to the community. We have asked for an addendum to be done on your Psychological prior to your next hearing to bring that, to address those issues and deal with some of the concerns that we have.

Your parole plans look to be just fine. You have solid family support in, I lost track of, but I want to say four or five states and another country. You have residential through your aunt. You have a job offer in





03/28/2008 08:02 7078293352 JESTRINGER PAGE 17/21

Sacramento, and probably a very good potential job offer via the female doctor, and her name slips my mind at the moment. You have received several support letters, and your father and you have a trust account. I would suggest there that you upgrade your letters so they're current prior to your next hearing. Put a resume together. Start sending some resumes out, you know. Again, I say this frequently, we look at what you do for yourself more than what others do for you. Your package you presented us today, like I said before, was very professional.

I told you about the 3042 Notices. Both LAPD and LA District Attorney's Office were against parole at this time. We've gone over your positive aspects.

In a separate decision, the Hearing Panel finds that it is not reasonable to expect that parole would be granted at a hearing during the next two years. Obviously there is the commitment offense. You need to explore that clearly. You indicated to us that it's only been five, six, seven years since you fully recollected everything. I suggest you revisit that. As well, Commissioner Harmon made a suggestion that you might take a look at a second vocation or some kind of vocational upgrade so that you're not putting all your





03/28/2008 08:02 7078293352 JESTRINGER PAGE 18/21

eggs in one basket. Broaden your horizons a little bit during the next couple of years. We would like you to continue your self-help and participate in additional self-help that has to do with everything about people, what makes people tick, the standards you hold them to, parenting, children, relationships, partnering, put you on a human being level.

Like I said, less intellectualization, more feelings. And we again indicated an addendum request for the Psychological Evaluation.

Commissioner?

**DEPUTY COMMISSIONER HARMON:** (Indiscernible.)

**PRESIDING COMMISSIONER SHELTON:** I should mention the fact that there was a letter in the confidential file with regards to opposition to parole at this time too, and I apologize for that.

**DEPUTY COMMISSIONER HARMON:** Mr. Nantes, we discussed this at length (indiscernible). This is a horrible crime. Sometimes I try to imagine what a victim like this, what must have been going through her mind in the last minutes of life, with the pain, the fear, and everything else. It's a terrible, terrible crime. But in terms of your own personal insight into this matter, I want you to keep something in mind. Here





03/28/2008 08:08 7078293352 JESTRINGER PAGE 03/04





is the goal I was trying to reach in trying to determine your degree of insight and all that, and when I was asking you some of those questions, even though you didn't want to discuss the life crime. Your hesitations in responding to some of my questions concerns me. It seemed to me as if you were searching for the right words. They weren't spontaneous. They appeared even to be evasive. I do worry about your future relationships with women, very much. The bottom line is this, in my mind. You're a wife-beater, you're a dangerous man.

You need to develop all of the insight you can into that kind of behavior. And I might suggest to you that you take the time to write to maybe some of these women's centers and get materials on what a wife beater is. Because when you can explain to me that well, maybe she got a little bruise or something like that, indicates to me you have absolutely no insight into your behavior prior to the murder, none. And I really encourage you to really get a better understanding of exactly what a wife beater is, because you have all the makings of a wife beater, and I want to make sure that never happens again to another lady, any lady, okay.

**INMATE NANTES:** Yes, Sir.

**DEPUTY COMMISSIONER HARMON:** Make sure you



03/28/2008 08:02 7078293352 JESTRINGER PAGE 19/21

understand that. Other than that, I don't want to take away from all the good things that have been mentioned. It's important. But at the same time, my primary responsibility is to public safety. And before I ever give you a date, I would want to make sure that the issue that I just brought up to you was under control, okay.

**INMATE NANTES:** Yes, Sir.

**DEPUTY COMMISSIONER HARMON:** So that's all I have.

**PRESIDING COMMISSIONER SHELTON:** We wish you luck, sir.

**INMATE NANTES:** Okay.

**PRESIDING COMMISSIONER SHELTON:** And with that, at 2:05 p.m., that concludes this hearing.

**INMATE NANTES:** Thank you.

--oOo--

**PAROLE DENIED TWO YEARS**

**THIS DECISION WILL BE FINAL ON:** SEP 28 2007

**YOU WILL BE PROMPTLY NOTIFIED IF, PRIOR TO THAT DATE, THE DECISION IS MODIFIED.**

**FLORENTINO NANTES E-64828 DECISION PAGE 12 5/31/07**

**CERTIFICATE AND**

**DECLARATION OF TRANSCRIBER**

I, PATRICIA RICCI, as the Official Transcriber, hereby certify that the attached proceedings:

In the matter of the Life Term Parole Consideration Hearing of:

FLORENTINO NANTES

CDC Number: E-64828

CALIFORNIA STATE PRISON, SOLANO

VACAVILLE, CALIFORNIA

MAY 31, 2007

11:15 A.M.

were held as herein appears. Further, this transcript is a true, complete and accurate record, to the best of my ability, of the recorded material provided for transcription.

Patricia Ricci
July 20, 2007
Capitol Electronic Reporting