AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

FLORENTINO NANTES

E-filing SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

JAMES DAVIS, CHAIRMAN, CALIFORNIA
BOARD OF PAROLE HEARINGS
Does 1 to 10

MHP

TO: (Name and address of defendant)

JAMES DAVIS, CHAIRMAN, CALIFORNIA BOARD OF PAROLE HEARINGS,
PO BOX 4036, SACRAMENTO, CA 95812-4036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN E. STRINGER, 259 OAK STREET, SAN FRANCISCO, CA 94102

BY FAX

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 28 2008

CLERK                                      DATE

(BY) DEPUTY CLERK   MARY ANN BUCKLEY