**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

| Richard W. Wieking | | General Court Number |
|---|---|---|
| Clerk | | 415.522.2000 |

July 22, 2008

United States District Court
for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

RE: CV 08-01710 MHP  FLORENTINO NANTES-v-JAMES DAVIS

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☐    Certified copy of docket entries.

    ☐    Certified copy of Transferral Order.

    ☐    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                        Sincerely,
                        RICHARD W. WIEKING, Clerk

                        */s/ Gina Agustine*

                        by:  <u>Gina Agustine-Rivas</u>
                        Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01710-MHP
### Internal Use Only

| | |
|---|---|
| Nantes v. Davis et al | Date Filed: 03/28/2008 |
| Assigned to: Hon. Marilyn H. Patel | Date Terminated: 06/20/2008 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: Plaintiff |
| | Nature of Suit: 550 Prisoner: Civil Rights |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Florentino Nantes**  represented by  **John Eric Stringer**
259 Oak Street
San Francisco, CA 94102
415-934-1827
Fax: 415-934-0899
Email: nolojes@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chairman James Davis**

**Defendant**

**California Board of Parole Hearings**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2008 | 1 | COMPLAINT against James Davis, California Board of Parole Hearings (Filing fee $ 350.00, receipt number 34611017538). Filed by Florentino Nantes. (gba, COURT STAFF) (Filed on 3/28/2008) (gba, COURT STAFF). (Entered: 03/30/2008) |
| 03/28/2008 | 4 | Summons Issued as to James Davis, California Board of Parole Hearings. (gba, COURT STAFF) (Filed on 3/28/2008) (gba, COURT STAFF). (Entered: 03/30/2008) |
| 03/28/2008 | | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 3/28/2008) (Entered: 03/30/2008) |

| | | |
|---|---|---|
| 05/07/2008 | [2](#) | ORDER TO SHOW CAUSE; Parties to show cause within two weeks of this order why this action should not be transferred to USDC EDCA sua sponte; Signed by Judge Marilyn Hall Patel on 5/6/2008. (awb, COURT-STAFF) (Filed on 5/7/2008) (Entered: 05/07/2008) |
| 06/20/2008 | [3](#) | ORDER TRANSFERRING CASE to the Eastern District of California. Signed by Judge Marilyn H. Patel on 06/20/08. (rbe, COURT STAFF) (Filed on 6/20/2008) (Entered: 06/20/2008) |
| 07/22/2008 | [5](#) | CLERK'S NOTICE: Case Transferred Electronically to Eastern District of California. (gba, COURT STAFF) (Filed on 7/22/2008) (Entered: 07/22/2008) |